No. 01A549. SPIVEY *v.* GEORGIA STATE BOARD OF PARDONS AND PAROLES ET AL. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

No. 01–714. UTAH ET AL. *v.* EVANS, SECRETARY OF COMMERCE, ET AL. D. C. Utah. [Probable jurisdiction postponed, *ante,* p. 1112.] Motion of appellants to set an expedited schedule for briefing and oral argument in this case granted. Appellants' brief is to be filed with the Clerk and served upon appellees on or before 3 p.m., Wednesday, February 13, 2002. Appellees' briefs are to be filed with the Clerk and served upon appellants on or before 3 p.m., Monday, March 11, 2002. A reply brief, if any, is to be filed with the Clerk and served upon appellees on or before 3 p.m., Wednesday, March 20, 2002. Case is set for oral argument on Wednesday, March 27, 2002, at 10 a.m. This Court's Rule 29.2 is suspended in this case.

No. 01–7916 (01A547). SPIVEY *v.* HEAD, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE BREYER would grant the petition for writ of certiorari.

JANUARY 28, 2002

No. 01–7948 (01A552). ANDERSON *v.* DAVIS, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.